SCHALL & CO. v. UNITED STATES. (Circuit Court of Appeals,. Second Circuit. March 4, 1907.) No. 194 (3,906). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 147 Fed. 760, reversing a decision of the Board of United States General Appraisers. G. A. 5,908 (T. D. 26,007). Hatch & Clute (J. Stuart Tompkins, of counsel), for importers. D. Frank Lloyd, Asst. U. S. Atty. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decree affirmed in open court upon opinion of the court below.

SWIFT & CO., Limited, v. RUFFIN. (Circuit Court of Appeals, Fourth Circuit. May 25, 1907.) No. 724. In Error to the Circuit Court of the United States for the Eastern District of North Carolina, at Raleigh. For opinion below, see 135 Fed. 437. Before GOFF and PRITCHARD, Circuit Judges, and BOYD, District Judge.

PER CURIAM. The court below, on the finding of facts, to which there were no exceptions, properly applied the law pertaining thereto. The judgment complained of is without error. Affirmed.

UNITED STATES v. CRUCIBLE STEEL CO. (Circuit Court of Appeals, Second Circuit. April 12, 1907.) No. 184 (4,150). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 147 Fed. 537, affirming a decision of the Board of United States General Appraisers. G. A. 6,213 (T. D. 26,870). J. Osgood Nichols, Asst. U. S. Atty. William J. Gibson, for importers. Before WALLACE and COXE, Circuit Judges.

PER CURIAM. Decree affirmed.

UNITED STATES v. THOMAS MEADOWS & CO. (Circuit Court of Appeals, Second Circuit. March 5, 1907.) No. 183 (3,728). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 147 Fed. 757, affirming a decision of the Board of United States General Appraisers. G. A. 5,830 (T. D. 25,731). D. Frank Lloyd, Asst. U. S. Atty., and Earl D. Babst, Special Asst. U. S. Atty. Walden & Webster (Henry J. Webster, of counsel), for the importers. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed on opinion below.

UNITED STATES v. TREFOUSSE, GOGUENHEIM & CO. UNITED STATES v. PASSAVANT & CO. (Circuit Court of Appeals, Second Circuit. January 8, 1907.) Nos. 137, 136 (4,128, 4,129). Appeals from the Circuit Court of the United States for the Southern District of New York. For decision below, see 144 Fed. 708, reversing a decision of the Board of United States General Appraisers. J. Osgood Nichols, Asst. U. S. Atty. Frederick W. Brooks, for importers. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decrees affirmed in open court.